IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANDRA BELLE RIOUX**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:14cv1670 |
| | ) | **Electronic Filing** |
| **THOMAS GREENE** and **JOSEPH STEPANSKY**, **JOSHUA ALFER**, **BRIAN MORRIS**, and unknown McKeesport Officers, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

AND NOW, this 23rd day of February, 2017, upon due consideration of defendants' motion for sanctions and the record as developed to date, IT IS ORDERED that [27] defendants' motion for sanctions be, and the same hereby is, granted in part as follows: this action is dismissed for failure to prosecute in a timely manner. A balancing of all relevant factors identified in <u>Poulis v. State farm Fire and Casualty Co.</u>, 747 F.2d 863 (3d Cir. 1984), leads inescapably to the determination that such relief is warranted. Defendants' request for monetary costs in addition to the sanction of dismissal is denied.

s/David Stewart Cercone
David Stewart Cercone
United States District Judge

cc:   Erik M. Yurkovich, Esquire
      Thomas P. McGinnis, Esquire
      Karin M. Romano, Esquire
      Jeffrey D. Truitt, Esquire

   (*Via CM/ECF Electronic Mail*)